No. 1533, Misc. BEASLEY *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1535, Misc. PHELPS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1538, Misc. PARRISH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *John J. Dwyer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1546, Misc. WILLIAMS *v.* OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1549, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.

No. 1560, Misc. GROLEAU *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States et al.

No. 1629, Misc. COWENS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1569, Misc. STILTNER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1580, Misc. FODREY *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.